376 P.2d 578

**Harry D. SMITH, Petitioner,**

**v.**

**The PEOPLE of the State of New Mexico, Respondents.**

**No. 10 HC.**

Supreme Court of New Mexico.

Dec. 14, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the petition fails to state grounds for relief.